## No. 10,810.

### THE STATE OF LOUISIANA VS. FRANK AARONS.

The ruling of a trial judge in rejecting jurors for cause under challenge by the State affords no legal grounds for complaint on the part of the accused, unless after the exhaustion of his peremptory challenges an obnoxious juror has been selected to try him.

APPEAL from the Sixth District Court, Parish of Ouachita. Richardson, J.

---

W. Rogers, Attorney General, for the State, Apeellee.

---

Stubbs & Russell for the Defendant and Appellant.

---

The opinion of the court was delivered by

McENERY, J. The accused was convicted of murder without cap-

ital punishment, and sentenced to hard labor for life. He has appealed.

His only defence is that the trial judge for cause erroneously sustained several challenges to jurors by the State.

The accused has no legal grounds of complaint, unless the ruling in the rejection of a juror worked him an injury in the selection of a juror obnoxious to him on legal grounds, after the exhaustion of his peremptory challenges.

He can protect himself by the use of his peremptory challenges.

He certainly has no right to select a particular juror.

State vs. Cazeau & Blanchard, 8 An. 109; State vs. Ford, 37 An. 443; State vs. Shields, 33 An. 1410; State vs. Carrus, 39 An. 931; State vs. Dunn, 39 An. 751; State vs. Creech, 38 An. 481; State vs. Lewis, 41 An. 590; State vs. Wm. Ford, 42 An. 255; State vs. Green, not yet reported.

Judgment affirmed.